**IT IS ORDERED as set forth below:**



**Date: May 9, 2013**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE: | CASE NO. 12-78110-CRM |
|---|---|
| LUKMAN O. ADESOKAN, | CHAPTER 7 |
| Debtor. | |

## ORDER

**THIS MATTER** is before the Court on Debtor's Motion to Reconsider Dismissal Order (the "Motion"), filed on May 7, 2013. Debtor filed for relief under chapter 7 of the Bankruptcy Code on November 5, 2012. Debtor's case was dismissed on March 27, 2013, for failure to pay the chapter 7 filing fee. On April 11, 2013, Debtor paid the outstanding balance of the filing fee installment. Accordingly,

**IT IS ORDERED** that Motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Notice of Dismissal for failure to timely pay the filing fee be and is hereby **VACATED**.

The Clerk's Office is directed to serve a copy of this Order upon Debtor, the United States Trustee, and all parties in interest.

**END OF DOCUMENT**